### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NUMBER:** |
| | | **7:21-cr-373-ACA-JHE** |
| **vs.** | * | |
| **LAQUETTA VENEA HALL,** | * | |
| **Defendant** | * | |

### DEFENDANT'S SENTENCING MEMORANDUM

Comes now the Defendant in the above styled criminal case, Laquetta Venea Hall, by and through her attorney of record, William H. Broome, and files her Sentencing Memorandum for this Honorable Court's consideration in determining an appropriate and just sentence in this case.

### INTRODUCTION

On Tuesday, October 18, 2022, Laquetta Venea Hall will come before this Honorable Court for her sentencing. This Sentencing Memorandum will attempt to illustrate to this Honorable Court the events that led to Ms. Hall's participation in the instant offense, to which she has accepted full responsibility and timely entered a plea of guilty. Also, this Memorandum will explain why Ms. Hall's applicable guideline range should be in Zone B of the Sentencing Table with a sentence of probation that includes eight (8) months Home Detention.

The following specific offender characteristics will be presented to this Honorable Court as mitigating circumstances and factors to assist this Honorable Court in determining a sentence that is sufficient but not greater than necessary to meet the goals of sentencing. 18 U.S.C. § 3661 states, "No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence."

**PERSONAL HISTORY**

Until the events of the instant offense, Ms. Hall lead a relatively uneventful life devoid of any criminal activity. Though uneventful, Ms. Hall did experience hardships. In 2005, she gave birth to her first and only child. Her Daughter's father was never in the picture and did not participate in the care of his child. Her Daughter's father only provided financial support, though he did not begin paying child support until 2008 and stopped in 2012. This left Ms. Hall with both the emotional and financial burden of raising a child as a single parent; nevertheless, she persisted.

Ms. Hall was a hard worker who did everything in her power to make hers and her daughter's lives better. She attended the University of Alabama in Tuscaloosa, Alabama, while working and raising her child, and earned her Bachelor's degree in Business Administration. But times were tough, and Ms.

Hall needed a job and could not wait around to find anything in her field. This eventually led to Ms. Hall acquiring a job at Wade's Jewelry and Pawn.

Initially, Ms. Hall strived to be the best employee that she could. She considered herself to be the leader of the other sales representatives at the pawn shop. She took it upon herself to help them complete transactions and even made sure that they were following proper protocol. But money was tight, even with family support, she was struggling to pay the rent on her apartment and the loan for her vehicle. It came to the point that her car was repossessed due to her lack of ability to pay. Ms. Hall was desperate, up until that point, she had always maintained a façade of normalcy for her Daughter, even going so far as to pay for her daughter to attend school at North River Christian Academy, a private school located in Tuscaloosa. Her Daughter depended on her and Ms. Hall was her rock, supporting her in any way that she could, attending any events at her school or any volleyball or basketball game that she could, but she was drowning.

**ARGUMENT FOR PROBATION**

Ms. Hall did what she never thought she would do, she broke the law and is now a felon. It wasn't out of greed, it was for the 2% commission she made on the gun sales at Wade's Jewelry and Pawn Shop. Though it may not seem like much money it helped, and Ms. Hall needed any help she could get.

Ms. Hall's participation in the instant offense was not about getting money, it was about getting by. Ms. Hall does not paint the picture of a hardened criminal, disobeying laws for her own selfish gain. What she did was for her family, for her daughter's own well-being. Ms. Hall understands that what she did was wrong, she plead guilty and is ready to accept punishment, she only asks that this Honorable Court recognize that she is not a bad person. Ms. Hall is a Mother who was just trying to provide for herself and her daughter.

For the majority of her life, Ms. Hall was an upstanding member of society. She kept her head up and continued moving forward as best she could even when she had nowhere to go. Even now, with cases pending in Federal Court, she has a job, she cares for her daughter, and she assists her twin sister with her own work. Since December 2021, Ms. Hall has maintained the job of caretaker for the elderly. In her spare time, she helps care for her 71-year-old godmother with whom she now resides. She found a silver-lining in the events that occurred in late 2020, it forced her to take her life in perspective and consider the direction she was moving. In the time since then, she has prioritized spending time with her daughter who just began her senior year of High School.

Allowing Ms. Hall to serve her time in home detention will allow her to continue being a productive member of society while giving her the opportunity to continue to care for her daughter, as she has always done to the best of her

ability. She recognizes that what she did was not right and her felony conviction will always serve as a reminder of her unlawful behavior. Probation that includes eight (8) months home detention will effectively punish Ms. Hall without punishing her family in the process.

**CONCLUSION**

For the above and foregoing reasons, Ms. Hall respectfully submits to this Honorable Court that a sentence of probation with eight (8) months home detention is sufficient but not greater than necessary to meet the goals of sentencing.

RESPECTFULLY SUBMITTED this the 30th day of September, 2022.

*s/William H. Broome*

WILLIAM H. BROOME – BRO050
Attorney for the Defendant
Laquetta Venea Hall
Broome & Broome
Attorneys at Law
The Parks – Broome Building
1110 Wilmer Avenue
Anniston, Alabama 36202
Telephone (256) 238-8744
Email: broomenotguilty@aol.com

U.S.A. v. Hall
Page **6** of **6**

## CERTIFICATE OF SERVICE

I, William H. Broome, do hereby certify that I have on this the 30th day of September, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case, specifically, Honorable Assistant United States Attorney Brittney L. Plyler, and United States Probation Officer Mary E. Bennett.

s/William H. Broome
WILLIAM H. BROOME
Attorney for Defendant
Laquetta Venea Hall